**Order entered April 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00375-CV

## IN THE BEST INTEREST AND PROTECTION OF E.P., Appellant

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MED-20-80112**

## ORDER

Before the Court is appellant's April 10, 2020 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 30, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE